UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                         Plaintiff,

     -against-

HAMILTON INSURANCE COMPANY,
formerly known as VALIANT INSURANCE
COMPANY,

                        Defendant.
---------------------------------------------------------------------x

Civil Action No.
17 CV 2350 (KPF)(AJP)

**LIBERTY MUTUAL
FIRE INSURANCE
COMPANY'S
<u>INITIAL DISCLOSURES</u>**

**C O U N S E L O R S:**

           Plaintiff LIBERTY MUTUAL FIRE INSURANCE COMPANY ("Liberty

Mutual"), by its attorneys, JAFFE & ASHER, LLP, hereby make the following initial

disclosures to the defendant HAMILTON INSURANCE COMPANY, formerly known as

VALIANT INSURANCE COMPANY ("Hamilton"), pursuant to Rule 26(a)(1)(A), as

follows:

           (i)      The individuals known to Liberty Mutual who are likely to have

discoverable information that Liberty Mutual may use to support its claims or defenses:

           1.     Paul Kayata, Sr. Technical Claims Specialist,
                Liberty Mutual Fire Insurance Company
                P.O. ox 7214
                London, KY 40742-7214

           Mr. Kayata will have information concerning communications with Hamilton

and Riverstone Claims Management ("Riverstone"), regarding the tender of Gilbane's

defense and indemnification to Hamilton for the underlying action entitled, <u>Angel</u>

Siguencia v. Gilbane Building Company, Gilbane Inc., Gilbane Resources, Inc., Dormitory Authority of the State of New York, All Safe LLC, The City of New York and City University Construction Fund, Index No. 305543/2011, in the Supreme Court of New York, Bronx County (the "Underlying Action"). Mr. Kayata will also have information concerning the amount of defense costs incurred in the defense of Gilbane in the Underlying Action.

> 2.   Bruce A. Seidman, Esq.,
>       Marshall Dennehey Warner Coleman & Goggin
>       425 Eagle Rock Avenue, Suite 302
>       Roseland, NJ 07068

Mr. Seidman, Esq., will have information concerning communications with Hamilton and Riverstone regarding tender of Gilbane's defense and indemnification to Hamilton and defense invoices, including expenses, in defending Gilbane in Underlying Action. Mr. Seidman will also have information concerning the amount and substance of defense costs incurred.

> 3.   Hillary A. Fraenkel, Esq.,
>       Marshall Dennehey Warner Coleman & Goggin
>       425 Eagle Rock Avenue, Suite 302
>       Roseland, NJ 07068

Ms. Fraenkel, Esq., will have information concerning communications with Hamilton and Riverstone regarding tender of Gilbane's defense and indemnification to Hamilton and defense invoices, including expenses, in defending Gilbane in Underlying Action. Ms. Fraenkel will also have information concerning the amount and substance of defense costs incurred.

4.   Michael Buckley, Esq.,
     Buckley Law Group, P.A.
     225 Broadway, Suite 2600
     New York, New York 10007

Mr. Buckley, Esq., will have information concerning communications with Liberty Mutual, Hamilton's acceptance of tender and Hamilton's acknowledgement of the reimbursable amount in defense costs incurred by Liberty Mutual in the defense of Gilbane in the Underlying Action.

5.   Kevin Follett, Sr. Case Manager,
     RiverStone Claims Management
     250 Commercial Street
     Manchester, NH 03101

Mr. Follet will have information concerning communications regarding the tender of Gilbane's defense to Hamilton and Hamilton's acceptance.

(ii)   The following documents are in the possession, custody or control of Liberty Mutual and may be used to support Liberty Mutual's claims or defenses:

a.   The Complaint in the settled Underlying Action;

b.   The October 23, 2008 written contract whereby Dormitory Authority of the State of New York ("DASNY"), as owner, and Preferred Builders, as Foundation Contractor, agreed to perform certain work at a construction project at the premises known as Lehman College, 29-90 Goulden Avenue, Bronx, New York, the New Building Lehman College Science Facility (the "Project") ("Trade Contract");

3

c.   The September 22, 2008 Contract between DASNY as Owner and Gilbane Building Company, as Construction Manager of the Project;

d.   Valiant Insurance Company Commercial General Liability policy, No. CGL-VIC-0004871-1, with a policy period of June 6, 2010 to June 6, 2011 to Preferred Builders as the named Insured;

e.   Pleadings and other documents served and filed in the Underlying Action;

f.   Communications between Liberty Mutual and Hamilton regarding the tender of Gilbane's defense and indemnity;

g.   The December 28, 2010 letter by counsel for Gilbane to Preferred Builders and Preferred Builders' insurers on behalf of Gilbane;

h.   The January 3, 2011 letter by counsel for Gilbane to Valiant tendering the defense and indemnification of Gilbane in the Underlying Action to Valiant;

i.   The October 21, 2011 letter from Riverstone rejecting the tender of the defense and indemnification of Gilbane for the claims brought in the Underlying Acton;

j.   The October 11, 2013 letter from Riverstone, as claims handler for and on behalf of Valiant, to Gilbane's counsel accepting Gilbane's tender;

k.   Communications between Marshall Dennehey and Hamilton regarding the tender of Gilbane's defense and indemnity; and

l.   Defense invoices from Marshall Dennehey and other vendors and documents showing the costs incurred in defending the Underlying Action.

(iii)   Liberty Mutual seeks the recovery of damages consisting of the reimbursement of defense costs paid by Liberty Mutual plus interest at 9% per annum. Copies of documents showing the direct paid disbursements totaling $36,662.45 are annexed hereto as Exhibit "A".  We are in the process of gathering the attorneys' fee invoices and will supplement our disclosure when received.

(iv)   Not applicable.

Liberty Mutual reserves the right to supplement and amend these disclosures consistent with Fed. R. Civ. P. 26(e).

Dated:  New York, New York
        August 31, 2017

Yours, etc.,

JAFFE & ASHER LLP

By: _____
       Marshall T. Potashner, Esq.
Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE
COMPANY
445 Hamilton Avenue, Suite 405
White Plains, New York 10601
(212) 687-3000

To:   BUCKLEY LAW GROUP, P.A.
      Attorneys for Defendant
      HAMILTON INSURANCE COMPANY
      formerly known as
      VALIANT INSURANCE COMPANY
      225 Broadway, Suite 2600
      New York, New York 1007
      (212) 514-7400

# Exhibit A

# National Surveillance & Investigation Inc.



NSI
1208 Davenport Ave
Canton, MA  02021

(800)721-7055
http://www.nationalsi.com

## Invoice

| Date | Invoice No. |
|------|-------------|
| 02/02/2014 | NY1287A-VC |

| | Due Date |
|--|----------|
| | 03/01/2014 |

**Bill To**

Paul Kataya
Liberty Mutual Insurance Co.
13 Riverside Dr.
Weston, MA  02493

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • DVD Video Copy - 5 copies requested.<br>• sent 5 DVD copies to Bruce A Seidman Esq, 425 Eagle Rock Ave, Suite 302, Roseland, NJ 07068 PH: 973-618-4173 - sending invoice both with DVD's and emailing a Copy to Paul Kayata. | 5 | 50.00 | 250.00 |
| | | **Total** | **$250.00** |

Check out our Guaranteed Surveillance Program!

EIN: 20-2773003

(800)721-7055                    JoshGray@NationalSI.com                    www.natioanlsi.com

Kristen Dams-O'Connor, Ph.D.
617 Munro Ave
Mamaroneck, NY 10543
(212) 241-7587
(212) 241-0137
SS #: 070 66 2643

## STATEMENT FOR LEGAL SERVICES RENDERED

To:
Bruce A. Seidman
Professional Liability Practice Group, Northern NJ
425 Eagle Rock Ave, Suite 102
Roseland, NJ 07068
(973) 618-4173

Gregg Scharaga
Havkins Rosenfeld Ritzert & Varriale, LLP
1065 Avenue of the Americas - Suite 800
New York, NY 10018
V:  646-747-5113 | F: 212-564-0203
Main: 212-488-1598

Date: March 18, 2014

Name of Client: **Angel Siguencia**

| DATE | SERVICE RENDERED | HOURS | RATE | TOTAL |
|------|------------------|-------|------|-------|
| December 16, 2013 | Review of medical records | 4 | 350/hr | $ 1400 |
| December 19, 2013 | Phone call with attorneys | 0.75 | 88/15min | $ 264 |
| January 30, 2014 | Neuropsychological testing | 4 | 350/hr | $ 1400 |
| January 30, 2014 | Scoring and interpretation of test data | 2 | 350/hr | $ 700 |
| February 20, 2014 | Neuropsychological testing | 3 | 350/hr | $ 1050 |
| February 20, 2014 | Scoring and interpretation of test data | | | |
| | Compilation of written report | 4 | 350/hr | $ 1400 |
| March 4, 2014 | Phone call with attorneys to review findings | 0.5 | 88/15min | $ 176 |

TOTAL      $6390
Less Retainer   -$1500*

(*Outstanding $375 retainer payment was sent 3/18/14)

**Total Amount Due Upon Receipt:  $4,890**

*Scanned*

**MITCHELL S. RAPS, M.D.**
NEUROLOGY
110 EAST 82ND STREET
NEW YORK, NEW YORK 10028

TELEPHONE (212) 860-1900

Tax ID# 13-3518344

April 15, 2014

Marshall Dennehey Warner Coleman & Goggin
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
Attn: Mr. Bruce Seidman

Re: Angel Siguencia v. Gilbane Building Company
Index#: 305543/11
File#: 12180.03595-JAM

For Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Examination of Patient (2.5 Hrs)(4/1/14), Telephone Discussion with Mr. Seidman (1.0 Hrs) (4/1/14), Review of Extensive Medical Records, and Preparation of Written Report (33 Hrs). | 36.50 400.00/hr | 14,600.00 |
| Total Amount Due: | 36.50 | $14,600.00 |
| Balance due | | $14,600.00 |

Mitchell S. Raps, M.D.

As per our office policy the report will be forwarded upon receipt of payment in full.


RECEIVED
APR 28 2014
By 12180.3595

OE248130153



## INVOICE

OneSource Document Management, Inc.
905 Marconi Avenue
Ronkonkoma, NY 11779
877-COPY-REC

**PAST DUE**

Telephone:    877-267-9732

| Invoice # | 375044 |
|---|---|
| Customer # | 130439 |
| Invoice Date | 05/02/13 |
| Tax ID | 41-2108458 |

| **Bill To:** | **Ship To:** |
|---|---|
| Marshall, Dennehey, Warner, Coleman<br>425 Eagle Rock Ave Suite 302<br>Roseland, NJ 07068 | Marshall, Dennehey, Warner, Coleman<br>425 Eagle Rock Ave Suite 302<br>Roseland, NJ 07068 |

| Location | Requester ID | Request Type | Terms |
|---|---|---|---|
| St. Barnabas Hospital | 0. | Medical File | Due Upon Receipt |

| Medical Record | Patient Name | Reference # |
|---|---|---|
| XFM2+858155A | Angel Siguencia | |

| Quantity | Item Description | Unit Price | Extended Price |
|---|---|---|---|
| 234 | COPIED PAGES<br>File Pages | 2.10 | 491.40 |
| 1 | PROCESSING FEE<br>Processing Fee | 35.00 | 35.00 |
| 1 | XRAYS<br>CD of X-Ray Films<br>5 xrays<br>Defense Attorney<br>9677835 | 18.00 | 18.00 |

**RECEIVED**
**JUL 2 2 2013**
By: 2180.3695

Your request will be finalized upon receipt of payment. Returned checks are subject to a
$30 fee. No refunds for cancellations on paid requests. All fees are subject to increase.

The following charges apply to non-qualified parties only:
  * Revisions to your original request will incur a $50 charge.
  * Paid requests that cannot be completed due to lack of proper authorization are subject
    to a surcharge of the greater of $50 or 30% of the subtotal of this invoice.

Please remit payment along with this invoice to:

OneSource Document Management, Inc.
Attn:  Accounts Receivable
905 Marconi Avenue
Ronkonkoma, NY 11779
877-COPY-REC

| | |
|---|---|
| Subtotal | 544.40 |
| Postage | 4.60 |
| Invoice Total | 549.00 |
| Total Paid | 0.00 |
| Balance Due | 549.00 |

DIRECT MAIL                                    0B012150046

# National Surveillance & Investigation Inc.



**NSI**
25 Dorchester Ave, Box 51187
Boston, MA  02205

(800)721-7055
http://www.nationalsi.com

## Invoice

| Date | Invoice No. |
|------|-------------|
| 05/02/2014 | NY1287A-VC2 |

| Due Date |
|----------|
| 06/01/2014 |

**Bill To**

Paul Kataya
Liberty Mutual Insurance Co.
13 Riverside Dr.
Weston, MA  02493

| Claimant | Case ID/Claim # |
|----------|-----------------|
| Angel Siguencia | 4 video copies |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • 4 Video Copy's | 4 | 50.00 | 200.00 |
| • Administration fee to cover my time making the videos and gathering report, invoice's, all letters and emails relating to this case requested by Bruce Seidman Esq. | 1 | 125.00 | 125.00 |

Check out our Guaranteed Surveillance Program!

| Total | $325.00 |
|-------|---------|

EIN: 20-2773003

### Edward Crane MD, PC
### 152 East 73rd St.,
### New York, NY 10021 - 4362
### (212) 472 - 1100
### TAX ID : 132867654
### STATEMENT

RECEIVED JUN 14 2013 12180.3595 By

Account : 1001635
BRUCE SEIDMAN
MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
425 EAGLE ROCK AVENUE,, #32SELECT DISTINCT id.patient_id,
id.ins_code FROM insdinfo id WHERE id.insured_id = '%s' AND id.ins_code
ROSELAND. NJ 07068

Bill Date : 05/29/2013

DOL: 7/7/2010
FILE#: 12180.03595-JAM

Please detach and return the bottom portion with your payment.

| Invoice | Date of Svc. | Procedure/CPT Code | Charge | Pmt/Adj | Balance |
|---|---|---|---|---|---|

for Accnt No : 1001635 : ANGEL  SIGUENCIA

**0000517743: Performing Provider :  CRANE ,EDWARD ,MD**

| | | | | | |
|---|---|---|---|---|---|
| | 05/29/2013 | 90620/LEGAL EXAM | $ 750.00 | | $ 750.00 |
| | 05/29/2013 | 73510/HIP, 2 VWS | $ 175.00 | | $ 175.00 |
| | 05/29/2013 | 72170/PELVIS, AP V | $ 150.00 | | $ 150.00 |
| | 05/29/2013 | RR180/RECORD REVIEW, 3HRS | $ 1,200.00 | | $ 1,200.00 |

Sub Total :  $    2275.00



| Current | > 30 days | > 60 days | > 90 days | > 120 days | In Coll. | Total Due |
|---|---|---|---|---|---|---|
| $2,275.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,275.00 |

Please Specify Account :  1001635  on your check

Make Checks Payable To :
Edward Crane MD, PC
152 East 73rd St.,
New York, NY 10021 - 4362

152 East 73rd Street,
New York, NY 10021 - 4362
Billing Questions, Please Call :
(212) 472 - 1100

# National Surveillance & Investigation Inc.



NSI
25 Dorchester Ave # 51187
Boston, MA  02205

(800)721-7055
http://www.nationalsi.com

## Invoice

| Date | Invoice # |
|------|-----------|
| 05/02/2014 | NY1287A-VC2 |

| Due Date |
|----------|
| 06/01/2014 |

**Bill To**

Paul Kataya
Liberty Mutual Insurance Co.
13 Riverside Dr.
Weston, MA  02493

| | Claimant | Case ID/Claim # |
|---|----------|-----------------|
| | Angel Siguencia | 4 video copies |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • 4 Video Copy's | 4 | 50.00 | 200.00 |
| • Administration fee to cover my time making the videos and gathering report, invoice's, all letters and emails relating to this case requested by Bruce Seidman Esq. | 1 | 125.00 | 125.00 |

Check out our Guaranteed Surveillance Program!

| | Total | $325.00 |
|---|-------|---------|

EIN: 20-2773003

# *Status Evaluations, Inc.*
### *349 Lincoln Avenue, Rockville Centre, NY 11570*

**Tel:** (516) 599-8008          **e-mail:** statusevaluation@aol.com          **Fax:** (516) 593-4802

June 18, 2013

Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue     Suite 302
Roseland, NJ 07068
Attn: Bruce A. Seidman, Esq.

RE: **Angel Siguencia** v. Gilbane Building Company, et al
D/A: 7/7/10

**FOR PROFESSIONAL SERVICES RENDERED:**_____

May 20, 2013 – Psychological Consultation, administration, evaluation, and interpretation
              of numerous psychological profiles and indices, all testing and evaluations
              performed in Spanish, extensive records review, written report of findings
              and opinion.  Total Amount Billed……………………………….     $6,250.00

***Marshall Dennehey Warner Coleman & Goggin's responsibility = 50% of total...     $3,125.00***

Attached please find W9 Form with T.I.N.11-3510495.  Please make check payable to Status
Evaluations, Inc.,

Thank  you,

Susan Wall
IME Coordinator

Encl.



**MITCHELL S. RAPS, M.D.**
NEUROLOGY
110 EAST 82ND STREET
NEW YORK, NEW YORK 10028
——
TELEPHONE (212) 860-1900
Tax ID# 13-3518344

July 16, 2014


Marshall Dennehey Warner Coleman & Goggin
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
Attn: Mr. Bruce Seidman

Re: Angel Siguencia v. Gilbane Building Company
Index#:  305543/11
File#:  12180.03595-JAM

### For Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| Medical Record Review 2.25 Hrs and Telephone Discussion (7/16/14) .67 Hrs. | 2.92<br>400.00/hr | 1,168.00 |
| Total Amount Due: | 2.92 | $1,168.00 |
| Balance due |  | $1,168.00 |



Mitchell S. Raps, M.D.

As per our office policy the report will be forwarded upon receipt of payment in full.

JUL 2 1 2014
12180 3595

Joseph B. Mills, P.E.
710 Harlequin Lane
Mullica Hill, NJ   08062

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 8/27/2014 | 2014.029.1 |

| BILL TO | SHIP TO |
|---------|---------|
| Bruce A. Seidman, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>425 Eagle Rock Ave, Suite 302<br>Roseland, NJ 07068 | |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 9/27/2014 | 2014.029 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | 9-4-13 - Telecon with Bruce Seidman. | 0.7 | 250.00 | 175.00 |
| | 8-23-14 - Review Complaint, Discover Responses, Bills of Particulars, photographs, incident reports, project e-mails, meeting minutes, contracts, safety plans, Gilbane's projects file, drawings, specifications, and expert disclosures. | 13.5 | 250.00 | 3,375.00 |
| | 8-24-14 - Read deposition transcripts for Sequencia (333 pags). | 3.9 | 250.00 | 975.00 |
| | 8-25-14 - Read deposition transcripts for Pipher (375 pages). | 4.4 | 250.00 | 1,100.00 |
| | 8-26-14 - Read deposition transcript for Wuest (346 pages). | 4.1 | 250.00 | 1,025.00 |
| | 8-26-14 - Telecon with Bruce Seidman. | 0.7 | 250.00 | 175.00 |

Siquencia v. Gilbane Building Company, et al.
Docket No.: 305543/11 (Bronx County, NY)
File No.: 12180.03595-JAM
Fed Tax ID No.: 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

| | |
|---|---|
| Subtotal | 6,825.00 |
| 0% TAX | |
| **Total** | 6,825.00 |

0H261120076



## onesource
### document management

*PAST DUE*

# INVOICE

OneSource Document Management, Inc.
905 Marconi Avenue
Ronkonkoma, NY 11779
877-COPY-REC

Telephone:   877-267-9732

| Invoice # | 318721-A |
|---|---|
| Customer # | 98987 |
| Invoice Date | 06/25/12 |
| Tax ID # | 41-2108458 |

**Bill To:**
Marshall, Dennehey, Warner, Coleman & Go
425 Eagle Rock Ave. Suite 302
Roseland, NJ 07068

**Ship To:**
Marshall, Dennehey, Warner, Coleman & Go
425 Eagle Rock Ave. Suite 302
Roseland, NJ 07068

| Location | Request ID | Request Type | Terms |
|---|---|---|---|
| St. Barnabas Hospital | 7592870 | Medical File | Due Upon Receipt |

| Medical Record # | Patient Name | Reference |
|---|---|---|
| FM858155A | Angel Siguencia | |

| Quantity | Item Description | Unit Price | Extended Price |
|---|---|---|---|
| 234 | COPIED PAGES | 2.10 | 491.40 |
| | File Pages | | |
| 1 | PROCESSING FEE | 35.00 | 35.00 |
| | Processing Fee | | |

If you are the Claimant's Attorney, please fax over a Letter of Representation for a revised
invoice.  Our fax number is 631.205.1211. Please reference the invoice number on your fax.

*RECEIVED AUG 27 2012 By 1280.3595*

Your request will be finalized upon receipt of payment. Returned checks are subject to a
$30 fee. No refunds for cancellations on paid requests. All fees are subject to increase.

The following charges apply to non-qualified parties only:
  * Revisions to your original request will incur a $50 charge.
  * Paid requests that cannot be completed due to lack of proper authorization are subject
    to a surcharge of the greater of $50 or 30% of the subtotal of this invoice.

Please remit payment along with this invoice to:

OneSource Document Management, Inc.
Attn:  Accounts Receivable
905 Marconi Avenue
Ronkonkoma, NY 11779
877-COPY-REC

| | |
|---|---|
| Subtotal | 526.40 |
| Postage | 7.40 |
| Invoice Total | 533.80 |
| Paid | 0.00 |
| Balance Due | 533.80 |

Kristen Dams-O'Connor, Ph.D.
617 Munro Ave
Mamaroneck, NY 10543
(212) 241-7587
(212) 241-0137
SS #: 070 66 2643

## STATEMENT FOR LEGAL SERVICES RENDERED

To:

Bruce A. Seidman, Esq.

Professional Liability Practice Group, Northern NJ
425 Eagle Rock Ave Suite 302
Roseland, NJ 07068
973-618-4173

Date: September 17, 2013

Name of Case: **Siguencia v. DASNY and Gilbane**

| DATE | SERVICE RENDERED | HOURS | RATE | TOTAL |
|------|------------------|-------|------|-------|
| September 17, 2013 | Retainer for IME, SPLIT BETWEEN 2 CLIENTS (Fee for expert services: IME, records review, expert report). | N/A | $750 | $750 |

TOTAL 40  $750

**Total Amount Due Upon Receipt:  $750**

DIRECT MAIL                          0B328140266



# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| **11/18/14** | **0003313042-425** |

To:  **Paul Kayata**
     **Liberty Mutual Insurance Co.**
     **P.O. Box 7214**
     **London, KY 40742**

Reference #:     **1425016774**    MB
Billing Specialist:   **Erwin Gonzalez**
Email:          **egonzalez@jamsadr.com**
Telephone:      **(949) 224-4642**
Employer ID:    **68-0542699**

RE:   **Siguencia, Angel vs. Gilbane Building Company, et al.**

Representing:   **Gilbane Building Company ; Gilbane Inc. ; Gilbane Resources**        Neutral(s):   **Justice Allen Hurkin-Torres (Ret.)**

Hearing Type:  **Mediation**                                   **Rep# 7**

| Date/ Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/13/14 1:00:00PM | Justice Allen Hurkin-Torres (Ret.) Session Time | 3.00 | 650.00 | 1,950.00 | 3 | 650.00 |
| 11/13/14 1:00:00PM | Justice Allen Hurkin-Torres (Ret.) Additional Session Time | 1.00 | 650.00 | 650.00 | 3 | 216.66 |
| 11/18/14 | Case Management Fee | | | | | 275.00 |

| | | |
|---|---|---|
| Fees | | 1,141.66 |
| Total | $ | 1,141.66 |
| Outstanding Balance as of  11/18/14 | $ | 216.66 |

Invoice total is based on the fee split agreed upon by all parties.  If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. Payment is due upon receipt.

Standard mail
**P.O. Box 512850**
**Los Angeles, CA 90051**

Overnight mail
**1920 Main St. Suite 300**
**Irvine, CA 92614**

# DRTMASTERS.COM LLC
# IMAGING CONSULTING SERVICES

11/15/2013

Havkins, Rosenfeld, Ritzert and Varriale

Marshall, Dennehey,Warner, Coleman and Goggin


RE: Siguencia


Please accept this invoice:


Record review and report preparation:

8/31/13: 1 hour

9/1/13: 45 minutes


Total:  hours @ 850/hr= 1487.50


Thank you,


Lawrence Neil Tanenbaum MD FACR

Senior Member of the American Society of Neuroradiology

Director of MRI and CT

Mount Sinai Medical Center

50 Murray Street, Suite 1001

New York, NY 10007

Joseph B. Mills, P.E.
710 Harlequin Lane
Mullica Hill, NJ   08062

12180.3595

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 11/20/2014 | 2014.029.2 |

| BILL TO | SHIP TO |
|---------|---------|
| Bruce A. Seidman, Esquire<br>Marshall, Dennehey, Warner, Coleman & Goggin<br>425 Eagle Rock Ave, Suite 302<br>Roseland, NJ 07068 | |

| DUE DATE | P.O. NUMBER |
|----------|-------------|
| 12/20/2014 | 2014.029 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|-------------|-----|------|--------|
| | 10-6-14 - Review DASNY Supplemental Response to Production of Documents. | 4 | 250.00 | 1,000.00 |

Siquencia v. Gilbane Building Company, et al.
Docket No.: 305543/11 (Bronx County, NY)
File No.: 12180.03595-JAM
Fed Tax ID No.: 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

| | |
|--|--|
| Subtotal | 1,000.00 |
| 0% TAX | |
| **Total** | 1,000.00 |

# National Surveillance & Investigation Inc.



NSI
PO Box 131
Winchendon, MA  01475

(800)721-7055
http://www.nationalsi.com

# Invoice

| Date | Invoice No. |
|------|-------------|
| 12/15/2013 | NY1287A |
| **Due Date** | |
| 01/01/2014 | |

**Bill To**

Paul Kataya
Liberty Mutual Insurance Co.
13 Riverside Dr.
Weston, MA  02493

| Claimant | Case ID/Claim # |
|----------|-----------------|
| Angel Siguencia | P22010726 |

| Activity | Quantity | Rate | Amount |
|----------|----------|------|--------|
| • Flat Rate Guaranteed Surveillance - Dates: December 3, 2013 | 1 | 999.99 | 999.99 |

| | Total | $999.99 |
|--|-------|---------|

Check out our Guaranteed Surveillance Program!

EIN: 20-2773003