**From:** Seidman, Bruce A. [mailto:BASeidman@MDWCG.com]
**Sent:** Thursday, January 7, 2016 2:10 PM
**To:** Michael Buckley <mbuckley@buckleylawgroup.com>
**Subject:** RE: Siguencia

Michael: I spoke with Paul Kayata, the Liberty Mutual claims professional.  He advises that Liberty Mutual incurred $146,736.00 in defending Gilbane.  He advises that Valiant has represented it incurred $63,901.68 to defend DASNY.  LM is willing to pay 50% of the costs to Valiant for DASNY's defense.  Deducting 50% of the $63,901.68 ($31,950.84) from the $146,736.00 owed to LM, LM is seeking $114,785.16 from Valiant.  Bruce



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to BASeidman@MDWCG.com , or by telephone at (973) 618-4173 and then delete the message and its attachments from your computer.

**From:** Michael Buckley [mailto:mbuckley@buckleylawgroup.com]
**Sent:** Tuesday, January 05, 2016 11:04 AM
**To:** Seidman, Bruce A.
**Cc:** Helene Dalmanieras; Natesha Salley
**Subject:** RE: Siguencia

Hi Bruce:  on a phone depo.  Will try to get with them as soon as done and will send another email.  Is it possible for you get me actual numbers that your client is demanding for fee reimbursement?  That may get their attention better.



**Michael B. Buckley, Esq.**
**Admitted in Florida, New York and California**
*Florida – 727-822-4800*

*(direct line: 727-822-4843)*
*New York – 212-514-7400*
*Los Angeles – 310-746-9446*
mbuckley@buckleylawgroup.com
www.buckleylawgroup.com

**From:** Seidman, Bruce A. [mailto:BASeidman@MDWCG.com]
**Sent:** Tuesday, January 05, 2016 10:43 AM
**To:** Michael Buckley <mbuckley@buckleylawgroup.com>
**Subject:** RE: Siguencia

Michael: I hope you had a great holiday and New Year experience.  I would like to try and resolve the counsel fee issue.  Please call with your offer.  Thanks.  Bruce



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to BASeidman@MDWCG.com , or by telephone at (973) 618-4173 and then delete the message and its attachments from your computer.

**From:** Michael Buckley [mailto:mbuckley@buckleylawgroup.com]
**Sent:** Friday, December 18, 2015 2:50 PM
**To:** Seidman, Bruce A.
**Subject:** RE: Siguencia

I am so sorry.  I will call the adjuster's supervisor on Monday.



**Michael B. Buckley, Esq.**
**Admitted in Florida, New York and California**
*Florida – 727-822-4800*
  *(direct line: 727-822-4843)*
*New York – 212-514-7400*
*Los Angeles – 310-746-9446*
mbuckley@buckleylawgroup.com
www.buckleylawgroup.com


**From:** Seidman, Bruce A. [mailto:BASeidman@MDWCG.com]
**Sent:** Friday, December 18, 2015 1:17 PM
**To:** Michael Buckley <mbuckley@buckleylawgroup.com>
**Subject:** RE: Siguencia

Michael: I write in follow up.  Please let's try and get this counsel fee issue resolved.  Please make an offer to start the process.  Thanks.  Bruce



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to BASeidman@MDWCG.com , or by telephone at (973) 618-4173 and then delete the message and its attachments from your computer.


**From:** Michael Buckley [mailto:mbuckley@buckleylawgroup.com]
**Sent:** Friday, December 11, 2015 8:43 AM
**To:** Seidman, Bruce A.
**Cc:** Helene Dalmanieras
**Subject:** RE: Siguencia

OK; thanks for the reminder.  I will call the client again.



**Michael B. Buckley, Esq.**
 **Admitted in Florida, New York and California**
*Florida – 727-822-4800*
*     (direct line: 727-822-4843)*
*New York – 212-514-7400*
*Los Angeles – 310-746-9446*
mbuckley@buckleylawgroup.com
www.buckleylawgroup.com


**From:** Seidman, Bruce A. [mailto:BASeidman@MDWCG.com]
**Sent:** Thursday, December 10, 2015 9:57 AM
**To:** Michael Buckley <mbuckley@buckleylawgroup.com>
**Subject:** RE: Siguencia

Michael: Please follow up and provide an offer.  Thanks.  Bruce



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify me by forwarding this e-mail to BASeidman@MDWCG.com , or by telephone at (973) 618-4173 and then delete the message and its attachments from your computer.


**From:** Michael Buckley [mailto:mbuckley@buckleylawgroup.com]
**Sent:** Monday, November 30, 2015 7:45 PM
**To:** Seidman, Bruce A.
**Cc:** Helene Dalmanieras
**Subject:** RE: Siguencia

Yes; it did.  Thanks you.

I am now up in beautiful Rochester with some depos going on all week.  Thanks for the reminder.  I will call them again tomorrow.



**Michael B. Buckley, Esq.**

**Admitted in Florida, New York and California**

*Florida – 727-822-4800*
*    (direct line: 727-822-4843)*
*New York – 212-514-7400*
*Los Angeles – 310-746-9446*
[mbuckley@buckleylawgroup.com](mailto:mbuckley@buckleylawgroup.com)
[www.buckleylawgroup.com](http://www.buckleylawgroup.com)


**From:** Seidman, Bruce A. [mailto:BASeidman@MDWCG.com]
**Sent:** Monday, November 30, 2015 11:05 AM
**To:** Michael Buckley <mbuckley@buckleylawgroup.com>
**Subject:** Siguencia

Michael: Hope your trial went well.  Please get back to me with an offer on the counsel fee issue.  Thanks.  Bruce



This e-mail transmission and any documents, files or previous e-mail messages attached to it, are confidential and are protected by the attorney-client privilege and/or work product doctrine. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of any of the information contained in, or attached to this e-mail transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please

immediately notify me by forwarding this e-mail to BASeidman@MDWCG.com , or by telephone at (973) 618-4173 and then delete the message and its attachments from your computer.